UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| FILMON TEKLEWEINI-WELDEMICHAEL,<br>Petitioner | CIVIL DOCKET NO. 1:20-CV-660-P |
| VERSUS | JUDGE DRELL |
| PAT BOOK, *ET. AL.*,<br>Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 24) and after a *de novo* review of the record including the Objection filed by Petitioner (ECF No. 25), and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1) and accompanying "Complaint and Request for Injunction" (ECF No. 1-5) are hereby DENIED and DISMISSED without prejudice to re-filing should Petitioner's circumstances change.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 7th day of October, 2020.

DEE. D. DRELL
UNITED STATES DISTRICT JUDGE